# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIESHIA MARIE JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FASTENAL COMPANY,<br><br>　　　　Defendants. | Case No. 1:20-cv-00345-NONE-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

On January 21, 2020, Mieshia Marie Jackson ("Plaintiff"), on behalf of herself and all others similarly situated, filed this action in the Stanislaus County Superior Court against Fastenal Company ("Defendant") alleging violations of California labor law. (ECF No. 1-1.) Service of the summons and complaint was completed on February 3, 2020. (ECF No. 1-2.) On March 4, 2020, Defendant removed the action to the Eastern District of California. (ECF No. 1.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2)."

/ / /

Defendant's notice of removal does not include an answer filed in the state court. Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within seven (7) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**March 6, 2020**__

UNITED STATES MAGISTRATE JUDGE