EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
FASTENAL COMPANY

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, CA Bar No. 229832
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Phone: (310) 277-0614
Fax: (310) 277-0635

MELMED LAW GROUP P.C.
Jonathan Melmed, CA Bar No. 290218
jm@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, CA 90067
Los Angeles, California 90035
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff
MIESHIA MARIE JACKSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIESHIA MARIE JACKSON, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>FASTENAL COMPANY, a Minnesota Corporation; and Does 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:20-cv-00345-NONE-SAB<br><br>**JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY, CLASS CERTIFICATION AND RELATED DATES**<br><br>Complaint Filed: January 21, 2020<br>Trial Date:          None<br>Magistrate Judge: Hon. Stanley A. Boone<br>                       Courtroom 9, Fresno |

Pursuant to Federal Local Rules 143 and 144, Federal Rule of Civil Procedure 6, and the Court's Scheduling Order (ECF No. 9), plaintiff Mieshia Marie Jackson ("Plaintiff") and defendant Fastenal Company ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to extend the non-expert discovery, non-dispositive pre-trial motion, and class certification filing deadlines by a period of eighteen (18) weeks for good cause shown as follows:

**WHEREAS** Plaintiff pursues a series of wage-and-hour claims in this proposed putative class action;

**WHEREAS**, following the Initial Status Conference held on May 28, 2020, the Honorable Magistrate Judge Stanley A. Boone set March 30, 2021 as the non-expert discovery deadline; March 30, 2021 as the non-dispositive pre-trial motion deadline; and April 30, 2021 as the last day to file a motion for class certification (ECF No. 9);

**WHEREAS**, since the Initial Status Conference, the Parties agreed to participate in private mediation with Louis M. Marlin, Esq., a well-respected mediator;

**WHEREAS**, the Parties have continued to engage in informal and good faith discussions concerning the scope and nature of Plaintiff's class claims since originally scheduling mediation;

**WHEREAS**, in order to provide Defendant sufficient time to gather certain pre-mediation informal discovery to encourage a more meaningful mediation process, the Parties have agreed to continue the presently-set mediation date of January 8, 2021 to March 1, 2021, which is the earliest possible continued date due to the respective schedules of the mediator and the Parties and the difficulties occasioned in obtaining certain timekeeping data which is necessary for meaningful mediation discussions;

**WHEREAS**, the Parties have stipulated and jointly request a continuance of the deadlines for non-expert discovery, non-dispositive pre-trial motion(s), and class certification filing, along with their related dates by a period of eighteen (18) weeks;

**WHEREAS**, if the non-expert discovery and class certification deadlines are not continued, the Parties will be required to expend significant resources, which will

45408290_1.docx

1   Case No. 1:20-cv-00345-NONE-SAB
JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY, CLASS CERTIFICATION AND ALL RELATED DATES

be wasted if the Parties resolve their dispute at the March 1, 2021 mediation;

**WHEREAS**, this brief continuance is in the interests of judicial economy, will allow the Parties to concentrate on preparation for mediation, minimize the expense of the discovery process, and help maximize the odds that settlement are fruitful;

**WHEREAS** there have been no previous time modifications to the Court's Scheduling Order (ECF No. 9), whether by stipulation or Court order; and

**WHEREAS**, this brief continuance of non-expert discovery, non-dispositive pre-trial motions, and the class certification filing deadlines will not affect the trial or any other date in this matter, which are not yet set.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, the Parties hereby stipulate and agree that the deadline for non-expert discovery, class certification and all related dates be continued by a period of no less than eighteen (18) weeks.

**IT IS SO STIPULATED.**

DATED:  December 23, 2020     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Melis Atalay
     Evan R. Moses
     Melis Atalay

Attorneys for Defendant
FASTENAL COMPANY

DATED: December 23, 2020     MELMED LAW GROUP
ACKERMANN & TILAJEF, P.C.

By:  /s/ Jonathan Melmed
     Jonathan Melmed
     Craig Ackermann
     Attorneys for Plaintiff
     MIESHIA MARIA JACKSON