# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIESHIA MARIE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FASTENAL COMPANY,<br><br>    Defendants. | Case No.  1:20-cv-00345-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 10) |

On January 21, 2020, Mieshia Marie Jackson ("Plaintiff"), on behalf of herself and all others similarly situated, filed this action in the Stanislaus County Superior Court against Fastenal Company ("Defendant") alleging violations of California labor law.  (ECF No. 1-1.) On March 4, 2020, Defendant removed the action to the Eastern District of California.  (ECF No. 1.)

On May 28, 2020, the Court issued a phased scheduling order setting a deadline of March 30, 2021, for the completion of non-expert discovery, and a deadline of April 30, 2021, for a motion for class certification to be filed.  (ECF No. 9.)  On December 23, 2020, the parties filed a stipulation requesting that the deadlines be extended by approximately eighteen (18) weeks. The parties proffer they have agreed to attend a private mediation, but the mediation has now been rescheduled to March 1, 2021, due to the respective schedules of the mediator and the parties, as well as because of difficulties obtaining certain discovery data for the mediation.

1

(ECF No. 10.) The Court finds good cause to extend the discovery deadlines to allow for the completion of mediation without undue burden or expense on the parties.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order issued on May 28, 2020, is AMENDED as follows:

1. Non-Expert Discovery Deadline: August 3, 2021; and
2. Class Certification Motion Deadline: September 13, 2021.

All other dates and aspects of the scheduling order, shall remain in effect.

IT IS SO ORDERED.

Dated:   **December 23, 2020**

UNITED STATES MAGISTRATE JUDGE