# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIESHIA MARIE JACKSON, et al., | Case No. 1:20-cv-00345-NONE-SAB |
| Plaintiffs, | ORDER VACATING NOVEMBER 24, 2021 HEARING ON MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |
| v. | |
| FASTENAL COMPANY, | (ECF No. 15) |
| Defendant. | |

This action was removed from the Stanislaus County Superior Court to this Court on March 4, 2020.  (ECF No. 1.)  On October 22, 2021, Plaintiff filed a motion for order granting preliminary approval of class action settlement.  (ECF No. 15.)  Having considered the unopposed moving papers, the Court finds this matter suitable for decision without oral argument.  See E.D. Cal. L.R. 230(g).  Accordingly, the hearing set for November 24, 2021, will be vacated and the parties will not be required to appear at that time.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for order granting preliminary approval of class action settlement (ECF No. 15), set for November 24, 2021, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **November 16, 2021**

UNITED STATES MAGISTRATE JUDGE