1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| MIESHIA MARIE JACKSON, et al., | No.  1:20-cv-00345-NONE-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Docs. 15, 19) |
| FASTENAL COMPANY, | |
| Defendant. | |

17
18
19
20

Mieshia Marie Jackson brings this action on behalf of herself and others similarly situated against Fastenal Company, alleging various wage and hour violations under California state law. (Doc. 1-1.)  On October 22, 2021, plaintiff filed an unopposed motion for order granting preliminary approval of class action settlement.  (Doc. 15.)

21
22
23
24

On December 3, 2021, the assigned magistrate judge issued findings and recommendations that the class action settlement be preliminarily approved.  (Doc. 19.)  The parties were granted 14 days during which to file objections to the findings and recommendation.  (*Id.*)  The deadline to file objections has passed and no objections to the findings and recommendations were filed.

25
26
27
28

On January 19, 2022, the Court ordered additional briefing on a limited range of issues related to the objection procedures and deadlines, and to language contained within the settlement agreement that appeared to limit the range of advice counsel could provide putative class members.  (Doc. 21.)  On February 10, 2022, the parties submitted a stipulation addressing the

Court's concerns by amending the settlement agreement to modify the objection procedure and objection deadline, and to remove the settlement language of concern to the Court.  (Doc. 23.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  In light of the stipulated amendments to the settlement agreement, the Court finds that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The findings and recommendations issued December 3, 2021 (Doc. 19) are adopted.

2. Plaintiff's motion for preliminary approval of class action settlement (Doc. 11) is granted as follows:

   a. The following class is preliminarily certified for settlement purposes only, and deemed to meet all of the requirements for class certification:

      i. All hourly non-exempt individuals who are or were employed by Defendant in California at any point from January 21, 2016 through July 16, 2021.

   b. The settlement is preliminarily approved, based on the finding that the settlement agreement, as amended, complies with the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3);

   c. The proposed class notice and share form to be disseminated to class members, in substantially the form attached to the amended settlement agreement, is approved;

   d. The procedure for class members to participate in, opt out of, and object to the amended settlement is approved as set forth in the amended settlement agreement;

   e. The class notice and share form shall be mailed by first class U.S. Mail to the class members in accordance with the implementation schedule as set forth at Doc. 15-8 at 3–4 and incorporated by reference herein;

   f. Mieshia Marie Jackson is appointed as class representative;

   g. Craig J. Ackerman of Ackerman & Tilajef, P.C. and Jonathan Melmed of Melmed Law Group P.C. are appointed as class counsel;

   h. CPT Group, Inc. is appointed as the settlement administrator to administer the

settlement pursuant to the terms of the amended settlement agreement;

  i. The Court shall set a final approval and fairness hearing and schedule based upon the implementation schedule set forth in the motion for preliminary approval (Doc. 15-8 at 3–4) by separate order; and

  j. Class counsel is directed to communicate to the Court preferred dates for the final approval and fairness hearing by emailing them to Courtroom Deputy Irma Munoz at imunoz@caed.uscourts.gov.

IT IS SO ORDERED.

 Dated:  **February 16, 2022**

           UNITED STATES DISTRICT JUDGE