# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIESHIA MARIE JACKSON, et al., | Case No. 1:20-cv-00345-JLT-SAB |
| Plaintiffs, | ORDER SETTING HEARING AND SCHEDULE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| v. | |
| FASTENAL COMPANY, | (ECF No. 24) |
| Defendant. | |

Plaintiff Mieshia Marie Jackson brings this action on behalf of herself and others similarly situated against Defendant Fastenal Company, alleging various wage and hour violations under California state law.  (ECF No. 1-1.)  On October 22, 2021, Plaintiff filed an unopposed motion for order granting preliminary approval of class action settlement.  (ECF No. 15.)  On December 3, 2021, the undersigned issued findings and recommendations that the class action settlement be preliminarily approved.  (ECF No. 19.)  On February 16, 2022, the District Judge adopted the findings and recommendations subject to certain stipulated amendments by the parties to the settlement agreement (ECF No. 23), ordered a final approval and fairness hearing and implementation schedule be set by separate order, and directed the class notice and share form be

mailed by first class U.S. Mail to the class members in accordance with the implementation schedule as set forth in the motion for preliminary approval (ECF No. 15-8 at 3–4) and herein. (ECF No. 24.)[1]

Accordingly, IT IS HEREBY ORDERED that a final approval and fairness hearing is SET for **October 13, 2022 at 11:00 a.m.** in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.  Further, the Court issues the following **Implementation Schedule** for further proceedings:

1. Deadline for Defendant to Submit Class Member Information to Settlement Administrator: **March 16, 2022**;

2. Deadline for Settlement Administrator to Mail Notice to Class Members: **March 16, 2022**;

3. Deadline for Class Members to Postmark Workweeks Disputes: **forty-five (45) days after mailing of the Class Notice and Share Form**;

4. Deadline for Class Members to Postmark Requests for Exclusion: **sixty (60) days after mailing of Class Notice**;

5. Deadline for Class Members to submit Objections to Settlement: **sixty (60) days after mailing of the Class Notice**;

6. Deadline for Settlement Administrator to provide Declaration of Due Diligence and Proof of Mailing: **October 3, 2022**;

7. Deadline for Class Counsel to file Motion for Attorneys' Fees and Expenses: **ten (10) days before the expiration of the Class Notice Period**;

8. Deadline for Class Counsel to file Motion for Final Approval of Settlement: **September 15, 2022**;

---

[1] Pursuant to the Court's standing order issued March 5, 2020, all motions seeking preliminary or final approval of collective or class action settlements in cases bearing the "DAD" and "NONE" designations have been referred by the District Judge to the magistrate judge for issuance of findings and recommendations pursuant to Local Rule 302(c) and 28 U.S.C. § 636(b)(1)(A).  (ECF No. 2-2 at 3.)  The Court notes this case was reassigned from *Unassigned DJ* to District Judge Jennifer L. Thurston on January 7, 2022 (ECF No. 20), but issues the instant order and schedule, and shall issue findings and recommendations following the hearing on the motion for final approval, pursuant to the March 5 order, the Court's recent standing order, issued on January 25, 2022 (ECF No. 22), and the parties' stated preference to have settlement approval proceed before the magistrate judge (see ECF No. 13 at 3).

9. Deadline for the parties to file any responses to any objections: **October 6, 2022**;

10. **Final Approval/Fairness Hearing**: **October 13, 2022 at 11:00 a.m.**; and

11. Deadline for Settlement Administrator to mail the Settlement Awards, Service Award, and PAGA Payments, and to wire transfer the Attorneys' Fees and Costs (if Settlement is Effective): **within twenty (20) days of issuance of an order granting the Motion for Final Approval of Settlement**.

12. If any of the dates in this Implementation Schedule falls on a weekend, bank or Court holiday, the time to act shall be extended to the next business day.

IT IS SO ORDERED.

Dated:   **March 1, 2022**

UNITED STATES MAGISTRATE JUDGE