# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIESHIA MARIE JACKSON, et al., | Case No. 1:20-cv-00345-SAB |
| Plaintiffs, | FINAL ORDER AND JUDGMENT |
| v. | (ECF Nos. 40, 41) |
| FASTENAL COMPANY, | |
| Defendant. | |

Plaintiff Mieshia Marie Jackson brings this action on behalf of herself and others similarly situated against Defendant Fastenal Company, alleging various wage and hour violations under California state law. (ECF No. 1-1.) On May 18, 2023, the Court issued an order granting, as modified, Plaintiff's motion for final approval of class action settlement and motion for attorneys' fees. (ECF No. 40.)

Final judgment IS HEREBY ENTERED pursuant to the terms of the parties' settlement agreement (ECF No. 15-3), except as to the terms concerning attorneys' fees and service awards, which were modified by the Court's final approval order (ECF No. 40).

IT IS SO ORDERED.

Dated: **May 23, 2023**

UNITED STATES MAGISTRATE JUDGE

1